IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FREDERICK R. CLARKE,

      Petitioner,

v.                            Case No. 5D16-293

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed March 4, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Frederick R. Clarke, Blountstown, pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed

with the trial court and be treated as the notice of appeal from the September 2, 2015,

order denying the petitioner's motion for postconviction relief in Case No. 2010-CF-679,

in the Circuit Court in and for St. Johns County, Florida. See Fla. R. App. P.

9.141(c)(6)(D).

      PETITION GRANTED.

LAWSON, C.J., ORFINGER and TORPY, JJ., concur.